IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LYNN CONLEY, SR.
ADC #163989                                                                                    PLAINTIFF

v.                                              4:25-cv-00013-JM

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et. al;*                                                              DEFENDANTS

## ORDER

Plaintiff has not complied with the January 14, 2025 Order directing him to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 2.) The time to do so has passed. Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE