IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARY LYNN CONLEY, SR.
ADC #163989                                                                                           PLAINTIFF

v.                                             4:25-cv-00013-JM

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et. al;*                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE